STATE v. DODD

No. 35 PC.

Case below: 30 N.C. App. 260.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1976.

STATE v. DUNCAN

No. 246 PC.

Case below: 30 N.C. App. 112.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1976.

STATE v. DURDEN

No. 25 PC.

Case below: 30 N.C. App. 405.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 September 1976 for lack of merit.

STATE v. EPPLEY

No. 32 PC.

Case below: 30 N.C. App. 217.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 October 1976.

STATE v. FREEDLE

No. 11 PC.

Case below: 30 N.C. App. 118.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 October 1976.